DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMUEL EFERSTEIN,**
Appellant,

v.

**MEGHAN EFERSTEIN,**
Appellee.

No. 4D2022-1477

[November 9, 2023]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case No. FMCE21-000992.

Thomas W. Walters of Thomas W. Walters, P.A., Boca Raton, for appellant.

Scott J. Brook of Scott J. Brook, P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***